# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RANDY LEE WRIGHT, | : | |
| | | Case No. 3:10-cv-201 consolidated with |
| Plaintiff, | : | Case No. 3:10-cv-286 |
| | | |
| - vs - | : | District Judge Timothy S. Black |
| | | Magistrate Judge Michael R. Merz |
| CHARLES COX, et al., | : | |
| | | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #41), to whom these cases were referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendants' Motion for Judgment on the Pleadings (Doc. No. 38) is moot and the Complaints filed in both cases are dismissed without prejudice for want of prosecution.

December 22, 2010.

*Timothy S. Black*
Timothy S. Black
United States District Judge